# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Troy Butts**<br>DOB: 1996; United States<br>**Timothy Shoemaker**<br>DOB: 1979; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**18-00656MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 9, 2018, at or near Naco, in the District of Arizona, **Troy Butts** and **Timothy Shoemaker**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Jose Perez-Hernandez and Analilia Reyes-Pineda, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 9, 2018, at or near Naco, in the District of Arizona, United States Border Patrol Agents (BPA) encountered a white 2006 Ford Fusion driving on SR-80. There appeared to be people crouched down in the back. BPA started following the Fusion and it began to swerve and change speeds. BPA stopped the Fusion and identified the driver as **Troy Butts** and the passenger in the front seat as **Timothy Shoemaker**. BPA identified the two subjects in the backseat as Jose Perez-Hernandez and Analilia Reyes-Pineda, and determined that they were in the United States illegally.

The material witnesses, Jose Perez-Hernandez and Analilia Reyes-Pineda, stated that they had made arrangements to be smuggled into the United States in exchange for money. Perez said that they were shuttled to a blue house where they were picked up. The driver yelled "vamos" as the car pulled up, and they got in.

In a post-*Miranda* statement, **Shoemaker** said that he knew that the subjects in the car were illegal aliens. **Shoemaker** expected to receive $900 for each subject that they transported to Phoenix.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Jose Perez-Hernandez and Analilia Reyes-Pineda

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA FMK _____ | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 10, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54